No. 09–11121. J. D. B. *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, *ante*, p. 1001.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–537. OSAGE NATION *v.* IRBY, SECRETARY-MEMBER, OKLAHOMA TAX COMMISSION, ET AL. C. A. 10th Cir.; and

No. 10–627. CITY OF NEW YORK, NEW YORK *v.* PERMANENT MISSION OF INDIA TO THE UNITED NATIONS ET AL. C. A. 2d Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–6576. WHITE *v.* GREEN ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1059] denied.

No. 10–6987. HOLMES *v.* EAST COOPER HOSPITAL, INC., ET AL. Sup. Ct. S. C. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1133] denied.

No. 10–7029. WILLIAMS *v.* SMALLWOOD ET AL. C. A. 8th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1129] denied.

No. 10–7137. DUNLAP *v.* MICHIGAN. Ct. App. Mich. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1129] denied.

No. 10–7803. BREEN ET UX. *v.* GUTTMAN. C. A. 4th Cir.;

No. 10–8059. RILEY *v.* LOUISIANA STATE BAR ASSN. ET AL. C. A. 5th Cir.;

No. 10–8374. FARMER *v.* ALASKA. Sup. Ct. Alaska;

No. 10–8444. THROCKMORTON *v.* UNITED STATES. C. A. 3d Cir.; and

No. 10–8594. SELVY *v.* UNITED STATES. C. A. 8th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 15, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.